**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1231**

———————————

IN RE: PATRICK STEPHEN RANKIN

       Debtor.

————————————————————

MICHAEL CALDWELL,

       Plaintiff - Appellee,

    v.

PATRICK STEPHEN RANKIN,

       Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01902-LMB-IDD)

———————————

Submitted:  April 28, 2026                          Decided:  April 30, 2026

———————————

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Patrick Stephen Rankin, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Stephen Rankin appeals the district court's order affirming the bankruptcy court's order entering a non-dischargeable judgment of $150,000 against Rankin. Rankin has also filed various motions in this court, including motions to stay, expedite, strike arguments, schedule oral argument, compel production, and remand the case. He further moves for production and verification of audio recordings of bankruptcy proceedings and for judicial notice of alleged facts. We have reviewed the record and considered the arguments presented on appeal, and we find no reversible error. Accordingly, we deny Rankin's pending motions and affirm the district court's order. *Caldwell v. Rankin*, No. 1:24-cv-01902-LMB-IDD (E.D. Va. Feb. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*